**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RONNY CROOK,**

    **Plaintiff,**

**v.**                         **Case No.  4:19cv381-MW/HTC**

**D. E. MALLARD and
RMC MAIN UNIT,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 3.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for lack of jurisdiction."  The Clerk shall also close the file.

**SO ORDERED on October 17, 2019.**


**s/ MARK E. WALKER
Chief United States District Judge**